IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTIAN VILLALBA-SANTOS,

     Appellant,

v.

                                          Case No.  5D22-73
                                          LT Case No. 2019-CF-4011

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed August 16, 2022

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender,
and Ryan M. Belanger, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson
Hall, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


EVANDER, WALLIS and EISNAUGLE, JJ., concur.